UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GARY ERIC BOLTON, SR., | No. 15-cv-4406 LB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | [Re: ECF No. 8] |
| CHEVRON; ANDRE TONY MILLER, | |
| Defendants. | |

Gary E. Bolton, Sr., a pretrial detainee currently housed at Napa State Hospital, filed this *pro se* civil rights action under 42 U.S.C. § 1983. Mr. Bolton has consented to proceed before a magistrate judge. (ECF No. 1 at 4.)[1] Pursuant to 28 U.S.C. § 1915A, the court reviewed his complaint and determined that it was deficient in that the complaint failed to state a claim upon which relief may be granted, included an insufficient factual description of his claim, and appeared to be time-barred. (ECF No. 5.) The court dismissed the complaint, and granted Mr. Bolton leave to file an amended complaint to cure the several deficiencies. (*Id.*) Mr. Bolton then filed an amended complaint, which is now before the court for review.

---

[1] Citations are to the Electronic Case File ("ECF"); pin cites are to the ECF-generated page numbers at the tops of the documents.

15-cv-4406 LB
ORDER

Mr. Bolton's amended complaint fails to cure the deficiencies identified in the order of dismissal with leave to amend. The statement of claim in the amended complaint is incomprehensible. (ECF No. 8 at 3.) The amended complaint does not state a claim under 42 U.S.C. § 1983 because it does not allege facts suggesting that either named defendant was a state actor, and does not allege that either of them violated any of Mr. Bolton's rights under the Constitution or laws of the United States. *See West v. Atkins*, 487 U.S. 42, 48 (1988) (to state a claim under § 1983, plaintiff must allege state action and that a right secured by the Constitution or laws of the United States was violated). Further leave to amend will not be granted because it would be futile. The order of dismissal with leave to amend identified the deficiencies in the original complaint and Mr. Bolton was unable to cure those deficiencies in his amended complaint. This action is **DISMISSED** for failure to state a claim upon which relief may be granted. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 15, 2015

_____
LAUREL BEELER
United States Magistrate Judge